No. 380. COBRA MANUFACTURING CO. *v.* COFFMAN, *ante,* p. 912;

No. 442. FLYNN ET AL. *v.* UNITED STATES, *ante,* p. 909;

No. 462. SIGURDSON *v.* LANDON ET AL., *ante,* p. 916;

No. 471. BRASIER *v.* CITY OF LINCOLN ET AL., *ante,* p. 926;

No. 492. BROWN LAND & ROYALTY CO., INC. *v.* PICKETT ET AL., *ante,* p. 929; and

No. 360, Misc. HENDRICKSON *v.* PENNSYLVANIA, *ante,* p. 931. Petitions for rehearing denied.

MARCH 7, 1955.

No. 105. O'NEILL *v.* BALTIMORE & OHIO RAILROAD CO. Certiorari, 348 U. S. 812, to the United States Court of Appeals for the Sixth Circuit. Argued March 2, 1955. Decided March 7, 1955. *Per Curiam:* The judgment of the Court of Appeals is reversed and the case is remanded to the District Court with instructions to reinstate its order dated July 30, 1952. *C. Richard Grieser* argued the cause and filed a brief for petitioner. *Robert F. Ebinger* argued the cause for respondent. With him on the brief were *E. H. Burgess, Kenneth H. Ekin* and *Arvin J. Alexander.*

No. 368. MARCELLE *v.* ESTATE OF LUPIA ET AL. Certiorari, 348 U. S. 882, to the United States Court of Appeals for the Second Circuit. Argued March 4, 1955. Decided March 7, 1955. *Per Curiam:* We reject the construction placed upon the statute by the Fifth Circuit and approve the construction placed thereon by the Second Circuit, whose judgment is affirmed. *Lee A. Jackson*